*E-FILED - 4/29/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD DEXTER RUE, ) | No. C 08-2047 RMW (PR) |
| ) | |
| Petitioner, ) | ORDER OF TRANSFER |
| ) | |
| vs. ) | |
| ) | |
| BEN CURRY, Warden, ) | |
| ) | |
| Respondent. ) | |

    Petitioner, a state prisoner proceeding pro se, seeks a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges his state criminal proceedings in the Los Angeles Superior Court located in Norwalk, California, which lies within the venue of the Central District of California.

    Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction are preferably heard in the district of conviction. See Habeas L.R. 2254-3(a); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968); cf. Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989) (district of confinement best forum to review execution of sentence).

///

1  Accordingly, this case is TRANSFERRED to the United States District Court for
2 the Central District of California, the district of petitioner's conviction at issue in this
3 petition. See 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b)(1). The clerk shall terminate
4 any pending motions and transfer the entire file to the Central District of California.
5  IT IS SO ORDERED.
6 DATED: __4/28/08__    *Ronald M. Whyte*
    RONALD M. WHYTE
7   United States District Judge

Order of Transfer
P:\pro-se\sj.rmw\hc.08\Rue047trans           2